UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Georgette Miller
335 Evesham Avenue
Lawnside, NJ 08045

Order Filed on July 15, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Saint-Fort Jean-Baptiste

Case No.: 14-23701

Chapter: 13

Judge: KCF

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 15, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Georgette Miller, Esq_____, the applicant, is allowed a fee of $ _____1100.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____1100.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for ____n/a____ months to allow for payment of the above fee.

*rev.8/1/15*