UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Georgette Miller
335 Evesham Avenue
Lawnside, NJ 08045

**Order Filed on July 15, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Saint-Fort Jean-Baptiste

Case No.:    14-23701

Chapter:    13

Judge:    KCF

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 15, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Georgette Miller, Esq _____, the applicant, is allowed a fee of $ _____ 1100.00 _____ for services rendered and expenses in the amount of $ _____ for a total of $ _____ 1100.00 _____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

□ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ n/a _____ per month for _____ n/a _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 14-23701-KCF
Saint-Fort Jean-Baptiste                                                        Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Jul 15, 2016
                              Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2016.
db            +Saint-Fort Jean-Baptiste,    PO Box 14,    Beverly, NJ 08010-0014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2016 at the address(es) listed below:
            Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
            Albert  Russo    docs@russotrustee.com
            Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
             Mortgage Loan Trust 2007-1, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its
             attorney in fact bnicholas@kmllawgroup.com
            Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
             Mortgage Loan Trust 2007-1, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its
             attorney in fact bankruptcynotice@zuckergoldberg.com,   dcarlon@zuckergoldberg.com
            Joni L. Gray    on behalf of Debtor Saint-Fort  Jean-Baptiste joni@sjbankruptcylaw.com,
             jgrayecf@gmail.com
            Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon, Et al...
             jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
            Steven P. Kelly    on behalf of Creditor    The Bank of New York Mellon, Et al...
             skelly@sterneisenberg.com,   ckohn@sterneisenberg.com
                                                                              TOTAL: 7