STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

**Order Filed on November 10, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### (TRENTON)

| In Re:<br><br>Saint-Fort Jean-Baptiste<br><br>Debtor(s) | Chapter 13<br><br>Case Number: 14-23701-KCF<br><br>Hearing: __11/9/2016__<br><br>Judge: Kathryn C. Ferguson |
|---|---|

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ***ORDERED.***

**DATED: November 10, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(page 2)
Debtor: Saint-Fort Jean-Baptiste
Case Number: 14-23701-KCF

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

Upon the Certification of Default of The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its attorney in fact through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code section 362(d) (and 1301) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

ORDERED that the automatic stay of Bankruptcy Code section 362(a) (and section 1301, if applicable) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

☑ Real Property more fully described as:

403 Warren Street, Beverly, NJ 08010-- the "Property".

☐ Personal Property more fully described as:

It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor(s), any trustee and any other party who entered an appearance on the motion.