STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

Order Filed on November 10, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### (TRENTON)

| In Re:<br><br>Saint-Fort Jean-Baptiste<br><br>Debtor(s) | Chapter 13<br><br>Case Number: 14-23701-KCF<br><br>Hearing:  11/9/2016<br><br>Judge: Kathryn C. Ferguson |
|---|---|

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 10, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(page 2)
Debtor: Saint-Fort Jean-Baptiste
Case Number: 14-23701-KCF
Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

---

Upon the Certification of Default of The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its attorney in fact through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code section 362(d) (and 1301) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

ORDERED that the automatic stay of Bankruptcy Code section 362(a) (and section 1301, if applicable) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

☑  Real Property more fully described as:

403 Warren Street, Beverly, NJ 08010-- the "Property".

☐  Personal Property more fully described as:

It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor(s), any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 14-23701-KCF
Saint-Fort Jean-Baptiste                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 1          Date Rcvd: Nov 10, 2016
                              Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2016.
db             +Saint-Fort Jean-Baptiste,   PO Box 14,   Beverly, NJ 08010-0014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2016 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its
               attorney in fact bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its
               attorney in fact bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Joni L. Gray    on behalf of Debtor Saint-Fort    Jean-Baptiste joni@sjbankruptcylaw.com,
               jgrayecf@gmail.com
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon, Et al...
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Steven P. Kelly    on behalf of Creditor    The Bank of New York Mellon, Et al...
               skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                             TOTAL: 7