Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  14–23701–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Saint–Fort Jean–Baptiste
   PO Box 14
   Beverly, NJ 08010

Social Security No.:
   xxx–xx–8331

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/13/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 17, 2017
JAN: ckk

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-23701-KCF
Saint-Fort Jean-Baptiste                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin              Page 1 of 2              Date Rcvd: Apr 17, 2017
                                 Form ID: 148              Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2017.
db              +Saint-Fort Jean-Baptiste,    PO Box 14,    Beverly, NJ 08010-0014
514896555       +Bur Acct Mgm,    Bureau Of Account 3607 Rosemont,    Camp Hill, PA 17011-6904
515125710       +CALIBER HOME LOANS, INC.,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
514896556       +Caliber Home Loans, In,    Po Box 24610,    Oklahoma City, OK 73124-0610
514896558       +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
514896559       +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
515124989       +The Bank of New York Mellon, as Trustee for CIT Mo,     c/o Zucker Goldberg & Ackerman,
                  200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
515096774       U. S. Department of Education,    FedLoan Servicing,    P. O. Box 69184,
                  Harrisburg, PA   17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 17 2017 22:30:22     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 17 2017 22:30:21     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
514988666       +EDI: CBSAAFES.COM Apr 17 2017 22:23:00     Army & Air Force Exchange Services,
                  c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
514896554       +E-mail/Text: banko@berkscredit.com Apr 17 2017 22:30:11     Berks Credit & Coll,
                  900 Corporate Dr,    Reading, PA 19605-3340
514896557        EDI: CAPITALONE.COM Apr 17 2017 22:23:00     Cap One,    Po Box 85520,    Richmond, VA 23285
514896562        EDI: CBSAAFES.COM Apr 17 2017 22:23:00     Military Star,    3911 S Walton Walker Blv,
                  Dallas, TX 75236
514910983       +E-mail/Text: bankruptcy@cavps.com Apr 17 2017 22:30:32     Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
514896561       +EDI: MID8.COM Apr 17 2017 22:23:00     Midland Funding,    8875 Aero Dr Ste 200,
                  San Diego, CA 92123-2255
514896563       +E-mail/Text: bankruptcy@savit.com Apr 17 2017 22:30:48     Sa-Vit Enterprises,    46 W Ferris St,
                  East Brunswick, NJ 08816-2159
                                                                                        TOTAL: 9


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York Mellon, as Trustee for CIT Mo
514896560     ##+Fredericksburg Cr Bur,    10506 Wakeman Dr,    Fredericksburg, VA 22407-8040
                                                                        TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2017 at the address(es) listed below:
              Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo   docs@russotrustee.com
              Brian C. Nicholas   on behalf of Creditor   The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its
               attorney in fact bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon, Et al...
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com

District/off: 0312-3                User: admin            Page 2 of 2            Date Rcvd: Apr 17, 2017
                                    Form ID: 148            Total Noticed: 17


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
           Mortgage Loan Trust 2007-1, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its
           attorney in fact bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
          Joni L. Gray    on behalf of Debtor Saint-Fort  Jean-Baptiste joni@sjbankruptcylaw.com,
           jgrayecf@gmail.com
          Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon, Et al...
           jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Steven P. Kelly    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
           Mortgage Loan Trust 2007-1, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its
           attorney in fact skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
          Steven P. Kelly    on behalf of Creditor    The Bank of New York Mellon, Et al...
           skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                          TOTAL: 9