UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on August 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.:

Adv. No.:

Hearing Date:

Judge:

CORRECTED

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 14, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having heard the motion filed by _Saint-Fort  Jean-Baptiste_____, and any objections filed, it is

ORDERED that the motion is GRANTED and the amount of ____$2050.85_____ will be forwarded to __Saint-Fort Jean-Baptiste_____ at the following address:

__1902 Morris Dr_____

__Cherry Hill N.J. 08003 ___ _____

*new.8/1/15*