UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on August 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Etta Phillips Freeman

Case No.:   13-10593

Adv. No.:

Hearing Date:  August 14, 2018

Judge:    Chief Judge Kathryn C. Ferguson

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 14, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 14-23701-KCF
Saint-Fort Jean-Baptiste                                                    Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Aug 14, 2018
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2018.
db              #+Saint-Fort Jean-Baptiste,    PO Box 14,    Beverly, NJ 08010-0014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2018 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
           Mortgage Loan Trust 2007-1, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its
           attorney in fact bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, Et al...
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
           Mortgage Loan Trust 2007-1, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its
           attorney in fact bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
          Joni L. Gray    on behalf of Debtor Saint-Fort  Jean-Baptiste joni@sjbankruptcylaw.com,
           jgrayecf@gmail.com;grayjr39848@notify.bestcase.com
          Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon, Et al...
           jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Steven P. Kelly    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
           Mortgage Loan Trust 2007-1, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its
           attorney in fact skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
          Steven P. Kelly    on behalf of Creditor    The Bank of New York Mellon, Et al...
           skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                              TOTAL: 9