UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on August 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Saint-Fort Jean-Baptiste

Case No.: 14-23701

Adv. No.:

Hearing Date: August 14, 2018

Judge: Chief Judge Kathryn C. Ferguson

CORRECTED
**ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 14, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having heard the motion filed by _Saint-Fort Jean-Baptiste_____, and any objections filed, it is

ORDERED that the motion is GRANTED and the amount of ____$2050.85_____ will be forwarded to __Saint-Fort Jean-Baptiste_____ at the following address:

__1902 Morris Dr_____

__Cherry Hill N.J. 08003_____

*new.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Saint-Fort Jean-Baptiste
    Debtor

Case No. 14-23701-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 15, 2018
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2018.
db            #+Saint-Fort Jean-Baptiste,    PO Box 14,    Beverly, NJ 08010-0014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2018 at the address(es) listed below:
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Albert   Russo    docs@russotrustee.com
        Brian C. Nicholas    on behalf of Creditor   The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its attorney in fact bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon, Et al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its attorney in fact bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
        Joni L. Gray    on behalf of Debtor Saint-Fort   Jean-Baptiste joni@sjbankruptcylaw.com,    jgrayecf@gmail.com;grayjr39848@notify.bestcase.com
        Joshua I. Goldman    on behalf of Creditor   The Bank of New York Mellon, Et al... jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Steven P. Kelly    on behalf of Creditor   The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its attorney in fact skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
        Steven P. Kelly    on behalf of Creditor   The Bank of New York Mellon, Et al... skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                                          TOTAL: 9